### HOMER ELLSWORTH v. JOSHUA W. FREEMAN.

*Ejectment—Lien for taxes.*

A defendant in ejectment on suffering judgment cannot in the same case recover for the amount of taxes paid by him.

Error to Midland. Submitted April 28. Decided April 30.

EJECTMENT. Defendant brings error.

*M. H. Stanford* and *H. H. Hoyt* for plaintiff in error.

*Burton & Hemingway* for defendant in error.

MARSTON, C. J. The court erred in rendering a judgment in this case for the plaintiff for the amount of taxes paid by him on the land in dispute. The right to render such a judgment in an action of ejectment was negatived by this court in *Weimer v. Porter* 42 Mich. 569, decided at the January term.

The judgment must be reversed, with costs of both courts, and the record remanded for farther action under the statute.

The other Justices concurred.